# The Chippewa Cree Tribe of the Rocky Boy's Reservation

Phone (406) 395-4478 or 4210 - Finance Office
(406) 395-4282 or 4371 - Business Committee

96 Clinic Road
Box Elder, Montana 59521

Date: December 20, 2011

To: Chippewa Cree Tribe

Re: Insurance Proceeds #2

Here is the distribute the proceeds for the insurance claim with Lexington.

1. Chippewa Cree Construction Corp. ----------- $1,369,000.00  — *payoff CC Construction*
   Various projects

2. K&N Consulting ------------------------------- $300,000.00
   Claims prep

3. ICON Architecture --------------------------- $274,000.00
   Claims prep

4. Rocky Boy Health Board --------------------- $200,000.00

TOTAL ------------------------------------------- $2,143,000.00

_____
Bruce SunChild Sr./Chairman

_____
John C. Houle/ Vice_Chairman

*Transfers of Morinara*
*$3,169,000.00*
*— 774,000.00 Purchase of CC's*
*— 909,771.56 to Jean*

_____
Ted Whitford / Councilman

*Jim wants all other #*
*up to 3,169,000.00 transferred*
*to Trust Corp CK*
*22000053320*

_____
Janice Meyers/ Sec-Tres

_____
Tony Belcourt / CCCC

EXHIBIT
1